IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 20-6 |
| | ) UNDER SEAL |
| GUADALUPE FERNANDEZ-CRUZ | ) (18 U.S.C. §§ 2, 371, 2312, and 2314) |
| WILLIAM GARLOCK | ) |

## INDICTMENT

### COUNT ONE

The grand jury charges:

### THE CONSPIRACY AND ITS OBJECTS

In February of 2019, in the Western District of Pennsylvania, and elsewhere, defendants GUADALUPE FERNANDEZ-CRUZ and WILLIAM GARLOCK did knowingly and willfully conspire and agree, together and with each other, to commit offenses against the United States, namely, Interstate Transportation of Stolen Motor Vehicles, in violation of Title 18, United States Code, Section 2312, and Interstate Transportation of Stolen Property, in violation of Title 18, United States Code, Section 2314.

### MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that defendants GUADALUPE FERNANDEZ-CRUZ and WILLIAM GARLOCK agreed that they would travel to various locations in Mississippi, Pennsylvania, New York, Ohio and Tennessee in order to steal and transport stolen motor vehicles, and to steal and transport other stolen property items valued in excess of $5,000.

FILED

JAN 07 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects of the conspiracy, defendants GUADALUPE FERNANDEZ-CRUZ and WILLIAM GARLOCK committed the following overt acts in the Western District of Pennsylvania and elsewhere:

1. On or about February 4, 2019, defendants GUADALUPE FERNANDEZ-CRUZ and WILLIAM GARLOCK traveled to a business location on Denny Avenue in Pascagoula, Mississippi, and stole a Ford F-250 pickup truck (hereinafter "the F-250").

2. On or about February 19, 2019, defendants GUADALUPE FERNANDEZ-CRUZ and WILLIAM GARLOCK transported the F-250 to Leeper, Clarion County, Pennsylvania.

3. On or about February 19, 2019, defendants GUADALUPE FERNANDEZ-CRUZ and WILLIAM GARLOCK traveled to a private residence located on Miola Road in Leeper, Pennsylvania, and stole property with value in excess of $5,000, including a 36' car hauler trailer (hereinafter "the Leeper trailer"), which contained approximately twenty firearms and numerous other items of personal property.

4. Between on or about February 19, 2019, and February 23, 2019, defendants GUADALUPE FERNANDEZ-CRUZ and WILLIAM GARLOCK transported the Leeper trailer to a location in and around Yates County, New York.

5. On or about February 22, 2019, defendants GUADALUPE FERNANDEZ-CRUZ and WILLIAM GARLOCK traveled to a business location on Allegheny Boulevard in Brookville, Pennsylvania, and stole a trailer (hereinafter "the Brookville trailer") with a value in excess of $5,000.

6. On or about February 23, 2019, defendants GUADALUPE FERNANDEZ-CRUZ and WILLIAM GARLOCK traveled to a business location on Peach Street in Erie, Pennsylvania, and stole a Ford F-350 pickup truck (hereinafter "the F-350").

7. Between on or about February 23, 2019, and February 25, 2019, defendants GUADALUPE FERNANDEZ-CRUZ and WILLIAM GARLOCK traveled to a business location in Saybrook Township in or around Ashtabula, Ohio, and stole a skid steer (hereinafter "the Ashtabula skid steer").

8. On or about February 25, 2019, defendant GUADALUPE FERNANDEZ-CRUZ traveled to Tennessee, transporting the F-250, the Brookville trailer, the F-350 and the Ashtabula skid steer.

In violation of Title 18, United States Code, Section 371.

## COUNT TWO

The grand jury further charges:

On or about February 19, 2019, in the Western District of Pennsylvania, and elsewhere, defendants GUADALUPE FERNANDEZ-CRUZ and WILLIAM GARLOCK did unlawfully transport and cause to be transported, in interstate commerce, from the Western District of Pennsylvania to a location in the State of New York, stolen property with a value in excess of $5,000, including a 36' car hauler trailer, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2 and 2314.

4

## COUNT THREE

The grand jury further charges:

On or about February 25, 2019, in the Western District of Pennsylvania, and elsewhere, defendant GUADALUPE FERNANDEZ-CRUZ did unlawfully transport and cause to be transported, in interstate commerce, from the Western District of Pennsylvania to a location in the State of Tennessee, stolen property with a value in excess of $5,000, including a trailer, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2 and 2314.

COUNT FOUR

The grand jury further charges:

On or about February 25, 2019, in the Western District of Pennsylvania, and elsewhere, defendant GUADALUPE FERNANDEZ-CRUZ did unlawfully transport and cause to be transported, in interstate commerce, from the Western District of Pennsylvania to a location in the State of Tennessee, a stolen motor vehicle, namely a Ford F-350, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2 and 2312.

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352



CERTIFIED FROM THE RECORD
12/20/2023
Brandy S. Lonchena
Jamey Napoleon
Deputy Clerk

6